```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 17796
   JAMES MALEC
   RITA MALEC                                  CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4941    SSN XXX-XX-5138

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/05/2004 and was confirmed 07/19/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
BANK FINANCIAL FSB        CURRENT MORTG          .00           .00           .00
BANK FINANCIAL FSB        MORTGAGE ARRE      5194.30           .00       5194.30
BANK FINANCIAL FSB        CURRENT MORTG          .00           .00           .00
CITIBANK FSB              CURRENT MORTG          .00           .00           .00
COOK COUNTY TREASURER     SECURED            8000.00           .00       8000.00
FIRST USA BANK            SECURED                .00           .00           .00
MARQUETTE NATIONAL BANK   SECURED NOT I         .00           .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY           2204.96           .00       2204.96
FIFTH THIRD BANK          UNSECURED         NOT FILED          .00           .00
BARONS CREDITORS SERVICE  UNSECURED         NOT FILED          .00           .00
FIFTH THIRD BANK          NOTICE ONLY       NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED           398.61           .00        398.61
ECAST SETTLEMENT CORP     UNSECURED          2112.08           .00       2112.08
CITIBANK NA               UNSECURED               .00          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          7718.33           .00       7718.33
ROUNDUP FUNDING LLC       UNSECURED          5870.41           .00       5870.41
ROUNDUP FUNDING LLC       UNSECURED          8894.35           .00       8894.35
ECAST SETTLEMENT CORP     UNSECURED          6319.17           .00       6319.17
HARRIS BANK               UNSECURED         NOT FILED          .00           .00
HARVARD COLLECTION SERVI  UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON       NOTICE ONLY       NOT FILED          .00           .00
HOUSEHOLD BANK            UNSECURED         NOT FILED          .00           .00
NICOR GAS                 UNSECURED           330.82           .00        330.82
US BANK/ELAN/RETAIL PAYM  NOTICE ONLY       NOT FILED          .00           .00
CITIBANK FSB              MORTGAGE ARRE      2907.18           .00       2907.18
ROUNDUP FUNDING LLC       UNSECURED         12998.98           .00      12998.98
ILLINOIS DEPT OF REVENUE  UNSECURED           389.71           .00        389.71
BANK FINANCIAL FSB        MORTGAGE ARRE      1690.82           .00       1690.82
US BANK/ELAN/RETAIL PAYM  UNSECURED          2533.01           .00       2533.01
SHERMAN ACQUISITION       UNSECURED          4939.86           .00       4939.86
MARQUETTE NATIONAL BANK   CURRENT MORTG          .00           .00           .00
US BANK/ELAN/RETAIL PAYM  SECURED            5900.00           .00       5900.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 17796 JAMES MALEC & RITA MALEC
```

```
GLEASON & MACMASTER      DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN               TRUSTEE                                     4,629.42
DEBTOR REFUND            REFUND                                      2,460.47

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    88,192.48

PRIORITY                                          2,204.96
SECURED                                          23,692.30
UNSECURED                                        52,505.33
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              4,629.42
DEBTOR REFUND                                     2,460.47
                          ---------------    ---------------
TOTALS                     88,192.48             88,192.48
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE